## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| OLUWAFEMI EMMANUEL DASO | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT FOR DECLARATORY RELIEF** |
| ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, AND CECILIA DEPAYLUBOS, FIELD OFFICE DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES. | |
| Defendants. | |

## I.    PARTIES

### Plaintiff

1.    Plaintiff Oluwafemi Emmanuel Daso (hereinafter, "Plaintiff) is a resident

of Indianapolis, Indiana.

### Defendants

2.    Defendant Alejandro Mayorkas is being sued in his official capacity as the

Secretary of Homeland Security for the United States Department of Homeland Security (DHS). In his official capacity as Secretary, Defendant is charged with and responsible for overseeing and directing the operations of DHS and all departments, branches, and agencies therein. As relevant to Plaintiff's claims, this includes the U.S. Citizenship and Immigration Services (hereinafter, "USCIS"), which is under Defendant's purview as the Secretary of Homeland Security. USCIS is an agency of the DHS and is designated by statute to grant or deny any application or petition, relating to the relief requested by Plaintiffs. Defendant's principal office is located at 2707 Martin Luther King Jr Ave. SE, Washington, DC 20528.

3.      As Secretary of the DHS, Defendant is required under the law to supervise, implement and enforce the Immigration and Nationality Act (hereinafter, "INA"). 8 U.S.C. § 1103.

4.      Defendant Merrick B. Garland is the Attorney General of the United States. This action is brought against Attorney General Merrick B. Garland in his official capacity. Applicants for  Adjustment of Status are required to establish eligibility to the satisfaction of the Attorney General of the United States. Defendant's principal office is located at 950 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

5.      Defendant Cecilia Deypalubos is the Field Office Director of the

Indianapolis Field Office of USCIS. In her capacity as Field Officer Director, Defendant Deypalubos denied Plaintiff's timely filed Form I-290B, Notice of Appeal or Motion filed with USCIS as a Motion to Reopen/Reconsider decision on Form I-485, Application to Register Permanent Residence or Adjust Status. Defendant's principal office is located at 1099 N Meridian Street, 10th Floor, Indianapolis, Indiana 46204.

## II.    <u>JURISDICTION AND VENUE</u>

6.    This being an action that arises under the Constitution and laws of the United States, specifically the Immigration and Nationality Act, 8 U.S.C. §§1151-1537, jurisdiction is invoked pursuant to 28 U.S.C. §1331. This being an action for declaratory relief, jurisdiction is invoked pursuant 5 U.S.C. § 702 and 5 U.S.C. § 706 of the Administrative Procedure Act (APA).

7.    Plaintiff alleges eligibility for payment of reasonable attorney's fees and costs under the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412.

8.    Venue properly lies in this Court pursuant to the provisions of 28 U.S.C. §1391(e), as Defendants, are sued in their capacities as federal government officials and Plaintiff resides within the jurisdiction of the District Court for the Southern District of Indiana. Plaintiff has exhausted all avenues of administrative relief and this matter is ripe for adjudication by this Court.

### III.    <u>STATEMENT OF FACTS</u>

9.    Plaintiff is a citizen and national of Nigeria.

10.    On February 21, 2021, Plaintiff filed a Form I-485, Application for

Adjustment of Status, with USCIS. USCIS accepted Plaintiff's I-485 application

and accompanying filing fee of $1,225, and issued a unique receipt number:

SRC2190174858.

11.    On October 17, 2023, USCIS issued a "Decision" notice informing Plaintiff

that his I-485 application had been denied. In pertinent part, the decision notice

stated:

> You may not appeal this decision. However, if you believe
> that the denial of your Form I-485 is in error, you may file
> a motion to reopen or a motion to reconsider using Form
> I-290B, Notice of Appeal or Motion . . . . You must file
> Form I-290B within 30 days of the date of this decision if
> the decision was served in person, or within 33 days if the
> decision was served by mail.

The decision notice was sent to Plaintiff by mail. Thus, the deadline by which

Plaintiff was permitted to file an I-290B, Appeal or Motion, was 33 days from

October 17, 2023. Starting with October 17, 2023 as the first day, 33 days from the

date of the decision notice was November 18, 2023. November 18, 2023 was a

Saturday. When a deadline ends on a weekend or federal holiday, the controlling

regulations governing the computation of deadlines pertaining to the submission of

immigration-related filings automatically extend deadline to the next business day:

"when computing the period of time for taking any action provided in this chapter I including the taking of an appeal, shall include Saturdays, Sundays, and legal holidays, ***except*** *that when the last day of the period computed falls on a Saturday*, Sunday, or a legal holiday, *the period shall run until the end of the next day which is not a Saturday, Sunday, or a legal holiday*." 8 C.F.R. § 1.2 (emphasis added). The next day after November 18, 2023 "which [was] not a Saturday, Sunday, or a legal holiday" was Monday, November 20, 2023.

12.    On November 20, 2023, Plaintiff timely filed Form I-290B, Appeal or Motion, with Defendant USCIS, requesting that USCIS reopen and reconsider Plaintiff's I-485 application. USCIS accepted Plaintiff's I-290B motion and accompanying filing fee of $675, and issued a receipt notice containing a unique receipt number: IOR0923224491. The receipt notice issued by Defendant USCIS clearly acknowledged that the I-290B motion was timely received on November 20, 2023.

13.    On January 26, 2024, USCIS denied Plaintiff's I-290B motion on the *sole* basis that Plaintiff "did not submit the motion within the required 33 days."

14.    Plaintiff has exhausted all forms of administrative relief and this matter is ripe for adjudication before the district court.

### IV.    CLAIMS FOR RELIEF
### Violation of APA Under 5 U.S.C. §§ 702, 706(2)

15.    Plaintiff re-alleges and incorporates the allegations of the preceding

paragraphs as though fully set forth herein.

16.    Section 702 of the APA provides that "[a] person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof." 5 U.S.C. § 702. Section 706 mandates that the reviewing Court "hold unlawful and set aside agency action, findings, and conclusions found to be . . .  arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A). Section 706 further mandates that the reviewing Court "hold unlawful and set aside agency action, findings, and conclusions found to be . . . contrary to constitutional right." 5 U.S.C. § 706(2)(B).

17.    Plaintiff has suffered a "legal wrong" and has been adversely affected or aggrieved by Defendants actions denying his I-290B motion to reopen/reconsider in that Defendants actions preclude Plaintiff from having his case considered on the substantive merits and deny him of a service for which he paid Defendants.

18.    Plaintiff asserts that his I-290B motion to reopen/reconsider was improperly and illegally denied. Plaintiff asserts that Defendants denial of his I-290B motion violated the standard set forth in Section 706 of the APA in that Defendant's actions were "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." Defendants denied Plaintiff's I-290B motion on the sole basis that it was untimely filed. Plaintiff filed the I-290B motion on November 20,

2023, seeking reconsideration of the denial of his I-485 application for adjustment of status. The instructions for the I-290B form published by USCIS explicitly state: "**Timeliness** . . . you must file your appeal or motion within 30 calendar days (or within 33 calendar days if we mailed the decision to you)." USCIS, *Form I-290B, Instructions for Notice of Appeal or Motion* (May 31, 2024) *available at* https://www.uscis.gov/sites/default/files/document/forms/i-290binstr.pdf. These form instructions are incorporated into the regulations and carry the force of law. *See* 8 C.F.R. 103.2(a)(1) ("The form's instructions are hereby incorporated into the regulations"); *Deshields v. Johnson*, 2015 WL 12681654, at *4 (M.D. Fla. Dec. 9, 2015) ("Form instructions have the force of law."); *see also* 8 C.F.R. § 103.5(a)(1)(i) ("Any motion to reconsider an action by the Service filed by an applicant or petitioner must be filed within 30 days of the decision that the motion seeks to reconsider."); 8 C.F.R. § 103.8(b) ("Whenever a person has the right or is required to do some act within a prescribed period after the service of a notice upon him and the notice is served by mail, 3 days shall be added to the prescribed period."). Plaintiff's I-485 application was denied on October 17, 2023 and Defendants USCIS served the decision notice on Plaintiff by mail. Thus, the deadline for Plaintiff to file an I-290B motion was 33 days from October 17, 2023. Starting with October 17, 2023 as the first day, 33 days from the date of the decision notice was November 18, 2023, which was a Saturday. When a deadline

ends on a weekend or federal holiday, the controlling regulations governing the computation of deadlines pertaining to the submission of immigration-related filings automatically extend deadline to the next business day: "when computing the period of time for taking any action provided in this chapter I including the taking of an appeal, shall include Saturdays, Sundays, and legal holidays, ***except that when the last day of the period computed falls on a Saturday***, Sunday, or a legal holiday, ***the period shall run until the end of the next day which is not a Saturday, Sunday, or a legal holiday***." 8 C.F.R. § 1.2 (emphasis added). The next day after November 18, 2023 "which [was] not a Saturday, Sunday, or a legal holiday" was Monday, November 20, 2023. Plaintiff's I-290B motion was filed and received by USCIS on November 20, 2023. Thus, Plaintiff's I-290B motion was timely filed and it was thus arbitrary, capricious, an abuse of discretion, and not in accordance with the law for Defendants to deny his motion on the basis that it was untimely. Further, the filing of Plaintiff's I-290B motion was not a free service. Notwithstanding legal fees paid to his attorney, Plaintiff paid Defendants USCIS $675 to file the I-290B motion based on the promise that Defendant would consider his motion on the substantive merits of her case. Defendants effectively stole this money.

19.    Defendants asserts that the denial of Plaintiff's I-290B motion was proper.

20.    An actual controversy exists relating to the adjudication of Plaintiff's I-29B motion.

21.    Therefore, a declaratory judgment is necessary to determine the rights of the parties.

## V.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

1. That judgment be entered declaring and vacating Defendants denial of Plaintiff's I-290B motion as agency action made in violation of 5 U.S.C. § 706;

2. That judgment be entered ordering Defendants to accept Plaintiff's I-290B motion as timely filed and consider Plaintiff's motion on its substantive merits;

3. That Defendants be ordered to pay the cost of suit herein;

4. That Defendants be ordered to pay Plaintiff's reasonable attorney's fees for this action; and

5. That the Court grant such other and further relief as it deems necessary and proper.

Dated: November 12, 2024                    Respectfully submitted,

                                              By:   /s/ Flora A. Owolabi

                                                     FLORA A. OWOLABI

                                                   *Attorney for Plaintiff*

                                               Law Office of Flora A. Owolabi

                                             450 E 96th Street, Suite 500

                                             Indianapolis, IN 46240

                                             flora@owolabilaw.com

                                             Tel: (317) 210-0342

                                             Fax: (317) 936-3042