Acknowledged. Case dismissed.

JRS, DJ, 3/21/2025.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OLAWAFEMI EMMANUEL DASO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:24-cv-01994-JRS-MG |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, | ) |
| an agency of the United States | ) |
| Government, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. Rule of Civ. P. 41(a)(1)(A)(i), the Plaintiff, by counsel, hereby gives notice of voluntary dismissal of this cause against the Defendants, with Parties to bear their own fees and costs.

Respectfully submitted,

By:   __/s/ Flora Ajolayo Owolabi__
FLORA A. OWOLABI
Attorney for Plaintiff
Law Office of Flora A. Owolabi
450 East 96th Street, Suite 500
Indianapolis, IN 46240
flora@owolabilaw.com
Telephone No: (317) 210-0342